UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARSON EVANS,

    Plaintiff,

v.                                               Case No. 5:21-cv-197-TKW/MJF

FREDDIE ROULHAC and JOHNNY
MCDANIEL,

    Defendants.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13). No objections were filed.[1] Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to prosecute and failure to comply with court order. Accordingly, it is

**ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order; this case is **DISMISSED** without prejudice; and the Clerk shall close the case file.

---

[1] Plaintiff is likely unaware of the Report and Recommendation because the copy mailed to him at his address of record was returned as undeliverable by the Post Office. *See* Doc. 14. A prior Order was also returned as undeliverable. *See* Doc. 12 (noting that Plaintiff was released in October 2021). Plaintiff's failure to keep the Court apprised of his current address is further evidence of his failure prosecute and an additional basis for dismissal.

**DONE and ORDERED** this 7th day of February, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**